ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                 )
                                             )
HDT Expeditionary Systems, Inc.              )        ASBCA No.  62354
                                             )
Under Contract No.  N68335-10-D-0027         )

APPEARANCES FOR THE APPELLANT:        Richard W. Arnholt, Esq.
                                      Sylvia Yi, Esq.
                                        Bass, Berry & Sims PLC
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Karin S. Wiechmann, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 27, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62354, Appeal of HDT Expeditionary Systems, Inc., rendered in conformance with the Board's Charter.

Dated:  April 27, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals